## UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH DAKOTA
## SOUTHERN DIVISION

Mark A. Moreno, United States Magistrate Judge, Presiding

| Courtroom Deputy - CLG | Court Reporter – FTR Ct #3 |
| Courtroom - SF #3 | Date – 2/6/2019 |

CR. 19-40015

| United States of America | Jeff Clapper |
| Plaintiff, | |
| vs. | |
| Paul Erickson, | Clint Sargent, retained |
| Defendant. | |

TIME HEARING SCHEDULED TO BEGIN: 4:00 p.m.

TIME:

4:00 p.m.   Enter initial appearance and arraignment on indictment before the Honorable Mark A. Moreno, US Magistrate Judge. All parties appear in Sioux Falls with Judge Moreno appearing via video in Pierre. Defendant consents to hearing via video conference.

Defendant questioned by the court.

Defendant has received a copy of and read the indictment. Description of the charges given. Defendant advised of maximum possible penalties he faces.

Defendant advised of his rights.

US does not seek detention. Both parties concur with the recommendations of the pretrial officer.

The entered its Order Setting Conditions of Release.

Defendant waived a reading of the indictment.

Defendant pleads not guilty to each count contained in the indictment.

4:20 p.m.   Court in recess.