UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br>vs.<br><br>PAUL ERICKSON,<br><br>                    Defendant. | 4:19-CR-40015-LLP<br><br>DEFENDANT'S CONSENT TO<br>HEARING BY VIDEO CONFERENCE |

      COMES NOW the defendant and after consultation with his counsel and consents to the hearing scheduled for Wednesday, February 6, 2019, to be conducted by videoconference.

      DATED this 6th day of February, 2019.

                                                                       _____
                                                                       Defendant

                                                                       _____
                                                                       Attorney for Defendant