UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 19-40015 |
| Plaintiff, | |
| vs. | SCHEDULING AND CASE MANAGEMENT ORDER |
| PAUL ERICKSON, | |
| Defendant. | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

An initial appearance and arraignment on an Indictment was held on February 6, 2019, with the Plaintiff appearing by Jeffrey Clapper, Assistant United States Attorney; and the Defendant Paul Erickson appearing in person and with his attorney, Clint Sargent; and

It appearing necessary that the court fix motion and trial dates in order to comply with the Speedy Trial Act, 18 U.S.C. § 3161,

IT IS ORDERED:

1. That the following general discovery rules shall apply to this case:

   A. Upon request of the Defendant, the Plaintiff shall forthwith comply with Rule 16(a)(1)(A)-(E).

   B. If the Defendant requests disclosure under Rule 16(a), such Defendant shall, upon request of the Plaintiff, forthwith comply with Rule 16(b).

   C. The Plaintiff shall disclose to the Defendant any exculpatory material discoverable under <u>Brady v. Maryland</u>, 373 U.S. 83, 83 S.Ct. 1194, 10 L.Ed.2d 215 (1963) two weeks before trial.

   D. Any written statements of Plaintiff's witnesses discoverable under the Jencks Act, 18 U.S.C. § 3500, shall be furnished to the Defendant on the Friday preceding trial.

2. That counsel are referred to D.S.D. LR 47.1(A) concerning discovery matters.

3. That all other motions as to Defendant herein be filed and served on or before March 5, 2019; that opposing counsel respond thereto on or before March 12, 2019; and that a hearing, if necessary, will be held before the Magistrate Judge in Sioux Falls, South Dakota, before March 19, 2019; and the Court will not consider a stock motion for leave to file further motions, however, the Court will consider a motion filed by a party after the deadline if the party can show good cause as to why the motion was late filed.

4. That March 26, 2019, is hereby set as the deadline for submission to the Court of any proposed plea agreement.

5. That all motions in limine shall be in writing and filed, together with proposed instructions, with the Court ten (10) working days before trial.

6. That the jury trial herein for Defendant shall commence in Sioux Falls, South Dakota, on <u>Tuesday, April 16, 2019</u>, with counsel to be present for motions in limine at 9:00 A.M., and with the jury to report at 9:30 A.M.

Dated this 7th day of February, 2019.

BY THE COURT:

Lawrence L. Piersol
United States District Judge

ATTEST:
MATTHEW W. THELEN, CLERK