UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> Plaintiff, <br> v. <br><br> **PAUL ERICKSON,** <br><br> Defendant. | 4:19-cr-40015 <br><br> **NOTICE OF APPEARANCE** |

TO: UNITED STATES ATTORNEY RONALD PARSONS, JR:

PLEASE TAKE NOTICE that Clint Sargent and Raleigh Hansman of Meierhenry Sargent LLP, 315 South Phillips Avenue, Sioux Falls, SD 57104, hereby make their appearance on behalf of Defendant, Paul Erickson. All future pleadings should be sent to said counsel at the address listed below.

Dated this 11th day of February 2019.

                                           */s/ Clint Sargent*
                                           Clint Sargent
                                           Raleigh Hansman
                                           MEIERHENRY SARGENT LLP
                                           315 South Phillips Avenue
                                           Sioux Falls, SD  57104
                                           605-336-3075
                                           605-336-2593 facsimile
                                           clint@meierhenrylaw.com
                                           raleigh@meierhenrylaw.com
                                                  *Attorneys for the Defendant*