ORIGINAL

AO 442 (Rev 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of South Dakota

| | |
|---|---|
| United States of America<br>v.<br>Paul Erickson<br><br>Defendant | ) ) ) ) ) ) )   Case No. 19-40015 |

RECEIVED
U.S. MARSHAL
SIOUX FALLS, SD
2019 FEB -6  AM 8:56

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Paul Erickson

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Wire Fraud and Money Laundering

Date:   02/05/2019

*Issuing officer's signature*

City and state:   Sioux Falls, South Dakota

Matthew W. Thelen, Clerk of Court
*Printed name and title*

### Return

This warrant was received on *(date)* 2-6-2019, and the person was arrested on *(date)* 2-06-2019
at *(city and state)* Sioux Falls, SD.

Date: 2-06-2019

*Arresting officer's signature*

Matthew J. Miller
*Printed name and title*

cc: USM
SWO