UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br>v.<br><br>PAUL ERICKSON,<br><br>    Defendant. | 4:19-cr-40015<br><br>**DEFENDANT'S STATEMENT IN SUPPORT OF POSTPONEMENT** |
|---|---|

I, Paul Erickson, the Defendant herein, consent to a continuance of the July 29, 2019 Jury Trial until on or after Sepetember 29, 2019, along with a corresponding continuance of all other dates and deadlines.

I have been advised of my rights, including the Speedy Trial Act, 18 U.S.C. § 3161 et seq.

I have reviewed the possibility of this postponement with my attorney, Clint Sargent, and I do consent and agree to a postponement of the trial.

I hereby waive the period of time allowed by this continuance for purposes of calculating the Speedy Trial deadline.

Dated this ___1st___ day of July 2019.

_____
Paul Erickson
Defendant