UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PAUL ERICKSON,<br><br>Defendant. | 4:19-cr-40015<br><br><br>**MOTION TO SEAL** |

Defendant Paul Erickson, through his attorney of record, Clint Sargent, moves this Court for an Order Sealing Defendant's Supplemental Affidavit in Support of Postponement. Affidavit contains confidential medical information supporting Defendant's request for a continuance.

For this reason, Defendant respectfully requests that the Court issue an Order permitting the filing under seal of Defendant's Supplemental Affidavit in Support of Postponement.

Dated this 1st day of July 2019.

/s/ Raleigh Hansman
For Clint Sargent
MEIERHENRY SARGENT, LLP
315 South Phillips Avenue
Sioux Falls, SD  57104
605-336-3075
605-336-2593 facsimile
clint@meierhenrylaw.com

## CERTIFICATE OF SERVICE

This is to certify that I have served a copy of the foregoing upon counsel via Email to opposing counsel, Jeff Clapper.

Dated this 1st day of July 2019.

*/s/ Raleigh Hansman for*
Clint Sargent
MEIERHENRY SARGENT, LLP
315 South Phillips Avenue
Sioux Falls, SD  57104
605-336-3075
605-336-2593 facsimile
clint@meierhenrylaw.com