UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

***

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | CR 19-40015 |
| Plaintiff, | * | |
| vs. | * | ORDER REASSIGNING CASE |
| PAUL ERICKSON, | * | |
| Defendant. | * | |

***

Upon the Court's own motion,

IT IS ORDERED that the Honorable Karen E. Schreier, Judge for the District of South Dakota, will handle all further proceedings in this matter.

Dated this 1st day of July, 2019.

BY THE COURT:

*/s/ Lawrence L. Piersol*
Lawrence L. Piersol
United States District Judge

ATTEST:
MATTHEW W. THELEN, CLERK

*/s/ Matthew Thelen*