UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>PAUL ERICKSON,<br><br>Defendant. | 4:19-CR-40015-KES<br><br>AMENDED SCHEDULING ORDER |

Defendant, Paul Erickson, moved for a 60-day continuance. Docket 18. The court granted defendant's motion to continue. Docket 23. Thus, it is

ORDERED that the following deadlines will apply:

| | |
|---|---|
| Suppression/voluntariness motions | August 13, 2019 |
| Responses to motions due | Within five days after motion is filed |
| Subpoenas for suppression hearing | August 13, 2019 |
| Suppression/voluntariness hearing before Magistrate Judge Veronica Duffy | If necessary, will be held prior to August 30, 2019 |
| Applications for Writ of Habeas Corpus Ad Testificandum | September 10, 2019 |
| Other motions | September 17, 2019 |
| Responses to motions due | Within five days after motion is filed |
| Subpoenas for trial | September 17, 2019 |
| Plea agreement or petition to plead and statement of factual basis | September 17, 2019 |
| Notify court of status of case | September 17, 2019 |

| Motions in limine | September 24, 2019 |
| --- | --- |
| Proposed jury instructions due | September 24, 2019 |
| Jury trial | Tuesday, October 01, 2019, at 9 a.m. |

All other provisions of the court's scheduling and case management order remain in effect unless specifically changed herein.

Dated July 2, 2019.

                        BY THE COURT:

                        /s/ *Karen E. Schreier*
                        KAREN E. SCHREIER
                        UNITED STATES DISTRICT JUDGE