UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>PAUL ERICKSON,<br><br>　　　　　　Defendant. | 4:19-CR-40015-01-KES<br><br><br>ORDER GRANTING CONTINUANCE |

　　Defendant, Paul Erickson, moves for a continuance until December 1, 2019 or later, and plaintiff does not object. The court finds that the ends of justice served by continuing this trial outweigh the best interests of the public and the defendant in a speedy trial because defense counsel requires more time to prepare given the extensive discovery and complex questions of law and fact present in this case. Based on the foregoing, it is therefore

　　ORDERED that defendant's motion is granted. The following deadlines will apply:

| | |
|---|---|
| Applications for Writ of Habeas Corpus Ad Testificandum | November 12, 2019 |
| Other motions | November 19, 2019 |
| Responses to motions due | Within five days after motion is filed |
| Subpoenas for trial | November 19, 2019 |
| Plea agreement or petition to plead and statement of factual basis | November 19, 2019 |

| Notify court of status of case | November 19, 2019 |
| --- | --- |
| Motions in limine | November 26, 2019 |
| Proposed jury instructions due | November 26, 2019 |
| Jury trial | Tuesday, December 03, 2019, at 9 a.m. |

The period of delay resulting from such continuance is excluded in computing the time within which the trial of the offense must commence. 18 U.S.C. § 3161(h)(7)(A).

All other provisions of the court's scheduling and case management order remain in effect unless specifically changed herein.

Dated September 18, 2019.

BY THE COURT:

/s/ *Karen E. Schreier*
KAREN E. SCHREIER
UNITED STATES DISTRICT JUDGE