UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PAUL ERICKSON,<br><br>Defendant. | 4:19-cr-40015<br><br>**MOTION TO SEAL** |

Defendant Paul Erickson, through his attorney of record, Clint Sargent, moves this Court for an Order Sealing Defendant's Motion for Extended Sentencing Date on the grounds that the Motion contains Defendant's confidential medical information.

Dated this 19th day of November 2019.

Clint Sargent
MEIERHENRY SARGENT, LLP
315 South Phillips Avenue
Sioux Falls, SD 57104
605-336-3075
605-336-2593 facsimile
clint@meierhenrylaw.com

## CERTIFICATE OF SERVICE

This is to certify that I have served a copy of the foregoing upon counsel via Email to opposing counsel, Jeff Clapper.

Dated this 19th day of November 2019.

/s/ Clint Sargent
Clint Sargent
MEIERHENRY SARGENT, LLP
315 South Phillips Avenue
Sioux Falls, SD  57104
605-336-3075
605-336-2593 facsimile
clint@meierhenrylaw.com