UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PAUL ERICKSON,<br><br>Defendant. | 4:19-cr-40015<br><br><br><br>**MOTION TO SEAL** |

Defendant Paul Erickson, through his attorney of record, Clint Sargent, moves this Court for an Order Sealing Defendant's Motion to Unseal Plea Agreement Supplement on the grounds that Motion contains references to information already filed under seal.

Dated this 19th day of November 2019.

                                            Clint Sargent
                                            MEIERHENRY SARGENT, LLP
                                            315 South Phillips Avenue
                                            Sioux Falls, SD  57104
                                            605-336-3075
                                            605-336-2593 facsimile
                                            clint@meierhenrylaw.com

## CERTIFICATE OF SERVICE

This is to certify that I have served a copy of the foregoing upon counsel via Email to opposing counsel, Jeff Clapper.

Dated this 19th day of November 2019.

Clint Sargent
MEIERHENRY SARGENT, LLP
315 South Phillips Avenue
Sioux Falls, SD  57104
605-336-3075
605-336-2593 facsimile
clint@meierhenrylaw.com