UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 19-40015 |
| Plaintiff, | GOVERNMENT'S MOTION TO SEAL |
| | RESPONSE TO DEFENDANT'S |
| vs. | MOTION TO UNSEAL |
| | PLEA SUPPLEMENT |
| PAUL ERICKSON, | |
| Defendant. | |

The United States of America, by and through Assistant United States Attorney Jeffrey C. Clapper, moves this Court for an Order Sealing Government's Response to Defendant's Motion to Unseal Plea Supplement on the grounds that the response contains references to information already filed under seal.

Dated this 19th day of November, 2019.

RONALD A. PARSONS, JR.
United States Attorney

Jeffrey C. Clapper
Assistant United States Attorney
P.O. Box 2638
Sioux Falls, SD 57101-2638
Telephone: (605) 357-2351
Facsimile: (605) 330-4410
E-Mail: Jeff.Clapper@usdoj.gov

1

## CERTIFICATE OF SERVICE

I hereby certify that on November 19, 2019, a copy of the Government's Motion to Seal its Response to Defendant's Motion to Unseal Plea Supplement was served via e-mail to opposing counsel.

Clint Sargent – clint@meierhenrylaw.com

Dates this 19th day of November, 2019.

_____
Jeffrey C. Clapper
Assistant United States Attorney

2