UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>PAUL ERICKSON,<br><br>　　　　　Defendant. | 4:19-CR-40015-KES<br><br><br>ORDER GRANTING<br>MOTION TO SEAL |

　　Defendant, Paul Erickson, moves to seal his Motion to Extend Sentencing Date and Motion to Unseal Plea Agreement Supplement. Dockets 33, 34. Good cause appearing, it is

　　ORDERED that Defendant's motions to seal (Docket 33, 34) are granted.

　　Dated November 19, 2019.

　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　/s/ *Karen E. Schreier*
　　　　　　　　　　　　　　　KAREN E. SCHREIER
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE