UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>PAUL ERICKSON,<br><br>　　　　　Defendant. | 4:19-CR-40015-KES<br><br>ORDER GRANTING<br>MOTION TO SEAL |

Plaintiff, The United States of America, moves to seal its response to Defendant's Motion to Unseal Plea Agreement Supplement. Docket 35. Good cause appearing, it is

ORDERED that The United States' motion to seal (Docket 35) is granted.

Dated November 20, 2019.

　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　/s/ *Karen E. Schreier*
　　　　　　　　　　　　　　　　KAREN E. SCHREIER
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE