**UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH DAKOTA**
**SOUTHERN DIVISION**

Karen E. Schreier United States District Judge Presiding

| Courtroom Deputy – JLS | Court Reporter – Jill Connelly |
| Courtroom – SF #2 | Date – November 26, 2019 |

4:19-CR-40015-01

| United States of America | Kevin Koliner |
| Plaintiff, | |
| vs. | |
| Paul Erickson | Clint Sargent |
| Defendant. | |

TIME HEARING SCHEDULED TO BEGIN: 1:30 PM

TIME:

1:26 PM     Enter change of plea hearing

　　　　　　Defendant enters a guilty plea on counts 1 and 8

　　　　　　The Court sets dates for PSR and sentencing

　　　　　　The Court grants [37] Motion to Extend Sentencing Date.

1:45 PM     Court adjourned