UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>PAUL ERICKSON,<br><br>    Defendant. | CR. 19-40015-01-KES<br><br>AMENDED SENTENCING SCHEDULING ORDER |
|---|---|

Based on the request of the probation officer, it is

ORDERED that deadlines are amended as follows:

| **Filer** | **Document** | **Event** | **Date** |
|---|---|---|---|
| Probation Officer | Draft Presentence Report | Draft Presentence Report | February 10, 2020 |
| Counsel | Objections | Sealed Objections to Presentence Report | February 24, 2020 |
| Counsel | No objections | Notice of No Objections to Presentence Report | February 24, 2020 |
| Counsel | Letters of support | Sealed Letter(s) of Support | March 9, 2020 |
| Counsel | All other presentence-related documents | Appropriate Sealed Event | March 9, 2020 |
| Probation Officer | Final Presentence Report and Addendum | Final Presentence Report | March 9, 2020 |
| Sentencing hearing | | | Monday, March 16, 2020, at 9:00 a.m. |

Dated January 8, 2020.

BY THE COURT:

/s/ Karen E. Schreier
KAREN E. SCHREIER
UNITED STATES DISTRICT JUDGE