UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>v.<br><br>PAUL ERICKSON,<br><br>          Defendant. | 4:19-cr-40015<br><br><br><br>**MOTION FOR CONTINUANCE** |

        Defendant Paul Erickson, through his attorney of record, Clint Sargent, moves this Court for a continuance of his sentencing hearing currently scheduled for May 4, 2020, to a date when an in-person proceeding can be safely conducted.  Mr. Erickson wishes to appear personally before the Court for sentencing.  However, the Covid 19 virus makes his personal appearance at a sentencing hearing on May 4 unsafe, even with proper attempts at social distancing and wearing of masks.  Mr. Erickson is exceptionally vulnerable to serious illness, or even death, if he contracts Covid 19 due to his recent health issues that are documented in his Presentence Investigation Report.

        The Government, through Assistant United States Attorney Jeff Clapper, advises it has no objection to this Motion.

        Dated this 28th day April 2020.

                                        */s/ Clint Sargent*
                                        Clint Sargent
                                        MEIERHENRY SARGENT, LLP
                                        315 South Phillips Avenue
                                        Sioux Falls, SD  57104
                                        605-336-3075
                                        605-336-2593 facsimile
                                        clint@meierhenrylaw.com

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that I have served a copy of the foregoing upon counsel using the

ECF filing system which will automatically send e-mail notifications of such filing to

opposing counsel, Jeff Clapper.

Dated this 28th day April 2020.

*/s/ Clint Sargent*

Clint Sargent

MEIERHENRY SARGENT, LLP

315 South Phillips Avenue

Sioux Falls, SD  57104

605-336-3075

605-336-2593 facsimile

clint@meierhenrylaw.com
