# UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH DAKOTA
## SOUTHERN DIVISION

Karen E. Schreier United States District Judge Presiding

| | |
|---|---|
| Courtroom Deputy - MSB | Court Reporter – Carla Dedula |
| Courtroom - SF #2 | FTR #2 |
| U.S. Probation Officer – Scott Canter<br>via telephone | Date – July 6, 2020 |

4:19-cr-40015-KES-1

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>vs.<br><br>PAUL ERICKSON<br><br>Defendant. | Jeff Clapper<br><br><br><br>Clint Sargent |

TIME HEARING SCHEDULED TO BEGIN: 10:00 AM

TIME:
10:00 AM   Enter contested sentencing

AUSA appears remotely.  Defendant and counsel appear in person.

Discussion held regarding upward variance

Defendant sentenced to 84 months in custody for count 1 and 84 months in custody for count 8 to run concurrent; 3 years supervised release for count 1 and 3 years supervised release for count 8 to run concurrent; $100 Special Assessment for each count to total $200.

11:31 AM   Court in recess.