UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    vs.<br><br>PAUL ERICKSON,<br><br>                Defendant. | 4:19-CR-40015-01-KES<br><br>ORDER GRANTING IN PART MOTION FOR DELAY OF REPORT DATE |

Defendant, Paul Erickson, moves for a 30-day delay of his July 20, 2020 report date. Docket 69. Good cause appearing, it is

ORDERED that defendant's motion is granted in part. Defendant shall report to his designated facility by **noon on Monday, August 3, 2020**.

Dated July 17, 2020.

                                BY THE COURT:


                                /s/ Karen E. Schreier
                                KAREN E. SCHREIER
                                UNITED STATES DISTRICT JUDGE