UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 19-40015 |
| Plaintiff, | |
| vs. | MOTION FOR DELAY OF RESTITUTION DETERMINATION |
| PAUL ERICKSON, | |
| Defendant. | |

The United States of America, by and through Assistant United States Attorney Jeffrey C. Clapper, moves this Court for an Order extending the date in determining restitution. In support thereof, it states as follows:

1. The Amended Judgment regarding the above-entitled matter was filed on July 8, 2020, following Mr. Erickson's sentencing.

2. The Judgment states that the determination of restitution is deferred for 30 days, making the deadline for August 5, 2020.

3. The parties have been in discussion regarding the restitution and request an additional 30 days to submit a restitution proposal to the Court.

Therefore, the Government is requesting an additional 30 days to complete the restitution portion of the Judgment.

Dated this 31st day of July, 2020.

RONALD A. PARSONS, JR.
United States Attorney

*/s/ Jeffrey C. Clapper*

_____
Jeffrey C. Clapper
Assistant United States Attorney
P.O. Box 2638
Sioux Falls, SD 57101-2638
Telephone: (605) 357-2351
Facsimile:  (605) 330-4410
E-Mail: Jeff.Clapper@usdoj.gov

2