UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>v.<br><br>PAUL ERICKSON,<br><br>   Defendant. | 4:19-cr-40015<br><br>**DEFENDANT'S JOINDER OF MOTION FOR DELAY OF RESTITUTION DETERMINATION** |

Defendant Paul Erickson, by and through his attorney of record, Clint Sargent, joins in the Motion for Delay of Restitution Determination (Doc. 71) upon the same grounds and for the same reasons stated therein.

Dated this 3rd day of August 2020.

*/s/ Clint Sargent*
Clint Sargent
MEIERHENRY SARGENT, LLP
315 South Phillips Avenue
Sioux Falls, SD  57104
605-336-3075
605-336-2593 facsimile
clint@meierhenrylaw.com

## CERTIFICATE OF SERVICE

This is to certify that I have served a copy of the foregoing upon the following via ECF to opposing counsel, Jeff Clapper.

Dated this 3rd day of August 2020.

/s/ Clint Sargent
Clint Sargent
MEIERHENRY SARGENT, LLP
315 South Phillips Avenue
Sioux Falls, SD  57104
605-336-3075
605-336-2593 facsimile
clint@meierhenrylaw.com