UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>PAUL ERICKSON,<br><br>Defendant. | CR. 19-40015-01-KES<br><br><br>ORDER GRANTING MOTION<br>TO EXTEND AND MOTION TO JOIN |

Plaintiff moves to extend the date for determination of restitution by 30 days. Docket 71. Defendant joins the motion. Docket 72. The amended judgment sets a deadline of August 5, 2020 for determination of restitution. Docket 67. It is thus

ORDERED that the motion to extend the date for determination of restitution (Docket 71) and defendant's motion to join (Docket 72) are granted. The parties must submit a restitution proposal to the court by September 5, 2020.

Dated August 3, 2020.

BY THE COURT:

*/s/ Karen E. Schreier*
KAREN E. SCHREIER
UNITED STATES DISTRICT JUDGE