UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

---

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 19-40015 |
| Plaintiff, | |
| vs. | MOTION TO SEAL |
| PAUL ERICKSON, | |
| Defendant. | |

---

The Government, through its attorney, Jeffrey C. Clapper, Assistant United States Attorney, moves the Court for its order sealing the Government's Motion for Determination of Restitution and the proposed Order in the above-entitled case, because they contain confidential information.

Dated this 4th day of September, 2020.

RONALD A. PARSONS, JR.
United States Attorney

Jeffrey C. Clapper
Assistant United States Attorney
P.O. Box 2638
Sioux Falls, SD  57101-2638
Telephone:  (605) 335-2351
Facsimile:   (605) 330-4410
E-mail: Jeff.Clapper@usdoj.gov

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>PAUL ERICKSON,<br><br>Defendant. | CR 19-40015<br><br>ORDER |

Upon the motion of the United States, and good cause shown, it is hereby ORDERED that the Government's Motion for Determination of Restitution and proposed Order be sealed until further order of the Court.

Dated this ___ day of September, 2020.

BY THE COURT:

_____
KAREN E. SCHREIER
United States District Judge