UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

---

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 19-40015 |
| Plaintiff, | |
| | ORDER |
| vs. | |
| PAUL ERICKSON, | |
| Defendant. | |

---

Upon the motion of the United States, and good cause shown, it is hereby ORDERED that the Government's Motion for Determination of Restitution and proposed Order be sealed until further order of the Court.

Dated this 8th day of September, 2020.

BY THE COURT:

_____
KAREN E. SCHREIER
United States District Judge