UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PAUL ERICKSON,<br><br>Defendant. | 4:19-cr-40015<br><br><br>**DEFENDANT'S RESPONSE TO GOVERNMENT'S MOTION FOR DETERMINATION OF RESTITUTION** |

Defendant Paul Erickson, by and through his attorney of record, Clint Sargent, hereby states that Defendant has no objections to the Government's Motion for Determination of Restitution (Doc. 76).

Dated this 10th day of September, 2020.

*/s/ Clint Sargent*
Clint Sargent
MEIERHENRY SARGENT, LLP
315 South Phillips Avenue
Sioux Falls, SD  57104
605-336-3075
605-336-2593 facsimile
clint@meierhenrylaw.com

**CERTIFICATE OF SERVICE**

This is to certify that I have served a copy of the foregoing upon the following via ECF to opposing counsel, Jeff Clapper.

Dated this 10th day of September, 2020.

/s/ Clint Sargent
Clint Sargent
MEIERHENRY SARGENT, LLP
315 South Phillips Avenue
Sioux Falls, SD  57104
605-336-3075
605-336-2593 facsimile
clint@meierhenrylaw.com