UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

---

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| PLAINTIFF | 4:19CR40015-001 |
| vs. | NOTICE OF APPEARANCE |
| PAUL ERICKSON | |
| DEFENDANT | |

---

COMES NOW the United States of America, by and through its undersigned counsel, and files this Notice of Appearance of Assistant United States Attorney Cheryl Schrempp DuPris, as **additional** counsel of record for the United States of America in the above-captioned matter.

Service upon said counsel should be made at the undersigned's address as follows:

> P.O. Box 2638
> Sioux Falls, South Dakota  57101
> 605-330-4400

DATED:    December 10, 2020

> RONALD A. PARSONS, JR.
> UNITED STATES ATTORNEY
>
> */s/ Cheryl Schrempp DuPris*
> Cheryl Schrempp DuPris
> Assistant United States Attorney
> P.O. Box 2638
> Sioux Falls, South Dakota  57101
> 605-330-4400
> 605-330-4410 (fax)
> Cheryl.Dupris@usdoj.gov