# Executive Grant of Clemency

# DONALD J. TRUMP

## *President of the United States of America*

TO ALL TO WHOM THESE PRESENTS SHALL COME, GREETING:

BE IT KNOWN, THAT THIS DAY, I, DONALD J. TRUMP, PRESIDENT OF THE UNITED STATES, PURSUANT TO MY POWERS UNDER ARTICLE II, SECTION 2, CLAUSE 1, OF THE CONSTITUTION, HAVE GRANTED UNTO

### PAUL ERICKSON

### A FULL AND UNCONDITIONAL PARDON

FOR HIS CONVICTION in the United States District Court for the District of South Dakota on an indictment (Docket No. 4:19CR40015-1) charging violations of Sections 1343 and 1956(a)(1)(A)(i), Title 18, United States Code, for which he was sentenced on July 6, 2020, to 84 months' imprisonment, three years' supervised release, $2,976,937 restitution, and a $200 special assessment (as amended on July 6, 2020 and September 15, 2020).

I HEREBY DESIGNATE, direct, and empower the Acting Pardon Attorney, as my representative, to sign a grant of clemency to the person named herein. The Acting Pardon Attorney shall declare that her action is the act of the President, being performed at my direction.

I ALSO DIRECT the Bureau of Prisons, upon receipt of this warrant, to effect immediately the release of the Pardon recipient (Reg. No. 17929-273) with all possible speed, should he be currently confined.

IN TESTIMONY WHEREOF, I have hereunto caused this Pardon to be recorded with the Department of Justice.



*Done at the City of Washington in the District of Columbia this* thirteenth *day of January in the year of our Lord Two Thousand and Twenty-one and of the Independence of the United States the Two Hundred and Forty-fifth.*

DONALD J. TRUMP